IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-058 |
| | ) | |
| MICHELLE SULLIVAN | ) | |
| DANNY TERRELL, JR. | ) | |
| SHERELLE BLOUNT | ) | |
| CORNEY MICHELLE GARNETT | ) | |
| JAMERSON B. TURNER | ) | |

_____

**O R D E R**
_____

Counsel in the above-captioned case have advised the Court that all pretrial motions have been satisfied or otherwise resolved. (See doc. no. 66.) Therefore, a motions hearing in this case is not necessary, and all pending motions are **MOOT**. (Doc. nos. 46-58.)

Defendant Danny Terrell, Jr., states that he is still working with the government to obtain additional documentation from the victim corporation and, in an abundance of caution, reserves the right to file additional discovery motions at a later date if needed. (Doc. no. 66.) However, this Court ordered that all motions in this case were due within fourteen days of the date of arraignment and that untimely motions would not be considered absent a showing of good cause for failure to file within the time set by the Court. (Doc. no. 43.) A motion may not be filed outside the deadlines set at arraignment except by leave of court upon a showing of cause. United States v. Smith, 918 F.2d 1501, 1509 (11th Cir. 1990); see Fed. R. Crim. P. 12(c). Accordingly, if Defendant Terrell files any untimely discovery

motions, he must make a contemporaneous showing of good cause.

SO ORDERED this 21st day of July, 2015, at Augusta, Georgia.

/s/ Brian K. Epps
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA