IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 115-058 |
| | * | |
| MICHELLE SULLIVAN | * | |

O R D E R

On December 2, 2020, the Court denied Defendant Michelle Sullivan's motion to be released from home confinement to supervised release. On December 4, 2020, the Court received Defendant's second motion requesting identical relief. Because this motion was signed and postmarked prior to the entry of the Court's Order, Defendant did not have the benefit of the Court's ruling, which remains unchanged. Accordingly, Defendant's second motion to be released from home confinement to supervised release (doc. 162) is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of December, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA